IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVIDA MOORE,

Defendant.

4:12CR3128

ORDER

IT IS ORDERED that:

1.    The Defendant's unopposed motion to continue revocation hearing (filing 14) is granted.

2.    Defendant DaVida Moore's violation of supervised release hearing is continued to October 21, 2013, at 9:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of July, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge