IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DAVIDA MOORE,<br><br>                  Defendant. | **4:12CR3128**<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's unopposed motion to continue revocation hearing (filing 18) is granted.

2. Defendant DaVida Moore's violation of supervised release hearing is continued to May 23, 2014, at 9:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of February, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge