IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:12CR3128** |
| vs. | |
| DAVIDA MOORE, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's unopposed motion to continue revocation hearing (filing 20) is granted.

2. Defendant DaVida Moore's violation of supervised release hearing is continued to July 24, 2014, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of May, 2014.

BY THE COURT:

*[signature]*

John M. Gerrard
United States District Judge