IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3128 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIDA MOORE, | ) | ORDER MODIFYING SUPERVISED |
| | ) | RELEASE |
| Defendant. | ) | |
| | ) | |

On October 21, 2013, the defendant appeared in person with her attorney, John Vanderslice.  The United States was represented by Steve Russell.  Upon accepting the defendant's admission of the allegation that she violated Standard Condition #7 of her conditions of supervised release, the Court found that the defendant did violated the terms and conditions of the supervised release as alleged in the Petition for Offender Under Supervision (filing 2).

On July 24, 2014, a dispositional hearing was held.  The United States was represented by Steve Russell, Assistant United States Attorney. The defendant was present and represented by his attorney, John Vanderslice.

IT IS ORDERED that supervised release is continued until 7/29/15 on the same terms and conditions contained in the Judgment and Commitment Order filed on 4/30/09.  The Court advised the defendant to continue with her AA meetings and counseling.

DATED this 25th day of July, 2014.

BY THE COURT:

s/ John M. Gerrard
United States District Judge